IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re SPECIAL PROCEEDINGS, | ) ) ) ) | Misc. No. 09-0198 (EGS) |

## ORDER

The Court has reviewed the *Ex Parte* Application of Henry F. Schuelke, III, for Authorization to Issue Subpoenas *Ad Testificandum* and Subpoenas *Duces Tecum*, dated July 28, 2009. By Order dated April 7, 2009, this Court appointed Mr. Schuelke, pursuant to Rule 42 of the Federal Rules of Criminal Procedure to investigate and prosecute such criminal contempt proceedings as may be appropriate against William M. Welch, II, Brenda K. Morris, Nicholas A. Marsh, Edward P. Sullivan, Joseph W. Bottini and James A. Goeke. The Court finds good cause to believe that it is or may be necessary for Mr. Schuelke to take deposition testimony under oath and to issue subpoenas to compel the persons named below to provide such testimony and/or to produce books, papers, documents, data or other objects relating to the subject matter of this investigation. It is therefore hereby

**ORDERED** that Mr. Schuelke may issue subpoenas as he deems necessary to compel William M. Welch, II, Brenda K. Morris, Nicholas A. Marsh, Edward P. Sullivan, Joseph W. Bottini, James A. Goeke, Mary Beth Kepner, Bill Allen and, Mr. Allen's attorney, Robert Bundy, to provide sworn deposition testimony and/or to produce books, papers, documents, data or other objects relating to the subject matter of this investigation.

**SO ORDERED** this 28th day of July, 2009.

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE