IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re SPECIAL PROCEEDINGS        :        Misc. No. 09-mc-.00198-EGS

:

:


## UNOPPOSED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDERS

On April 7, 2009, the Court issued an Order, pursuant to Federal Rule of Criminal Procedure 42, appointing attorney Henry F. Schuelke, III to investigate and prosecute such criminal contempt proceedings as may be appropriate against William M. Welch, II, Brenda K. Morris, Nicholas A. Marsh, Edward P. Sullivan, Joseph W. Bottini and James A. Goeke (the "Subject Attorneys").  On April 20 and June 8, 2009, the Court entered Protective Orders that provided for the disclosure to Mr. Schuelke, the Subject Attorneys, and certain other Department of Justice employees certain confidential investigative files, documents, e-mails, grand jury transcripts, interview notes, interview memoranda and other material that implicate matters covered under Fed. R. Crim. P.6(e) and 18 U.S.C. § 2510 *et seq.*, as well as the privacy rights of individual and entities, and could impede or interfere with ongoing investigations.  After consultation with Mr. Schuelke, the Department of Justice has determined that those Protective Orders should be amended and superseded to also protect the confidentiality of privileged material that may be disclosed pursuant to the Court's Order dated April 7, 2009.

Accordingly, the United States respectfully requests that the Court enter the attached Amended Protective Orders to supersede the Court's prior Orders dated April 20

and June 8, 2009.  I am authorized by Henry F. Schuelke III to represent that he has reviewed the attached proposed Amended Protective Orders and consents to filing and entry by the Court.

    Respectfully submitted,

/s_____

GARY G. GRINDLER
D.C. Bar No.: 449895
Deputy Assistant Attorney General
U.S. Department Of Justice, Criminal Division
10th and Constitution Avenue, N.W.
Washington, D.C. 20530
 Tel.: (202) 514-9351

Dated:  December 14, 2009

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2009, I caused a copy of the foregoing pleading to be delivered by e-mail to the following:

      Henry F. Schuelke III, Esq.
      Janis, Schuelke & Wechsler
      1728 Massachusetts Avenue, N.W.
      Washington, D.C. 20036

/s_____

Gary G. Grindler