UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re SPECIAL PROCEEDINGS      :     Misc. No.   09-mc-00198-EGS
                               :
                               :

## NOTICE OF SUBSTITUTION AND APPEARANCE OF GOVERNMENT COUNSEL

The United States of America, by and through the Criminal Division of the United States Department of Justice, informs the Court that Principal Deputy Assistant Attorney General Mythili Raman will be substituting for former Deputy Assistant Attorney General Gary G. Grindler as counsel for the United States in the above-captioned matter. This filing serves as notice of Ms. Raman's appearance and Mr. Grindler's withdrawal in this matter on behalf of the United States.

Respectfully submitted,

LANNY A. BREUER
Assistant Attorney General
Criminal Division

*/s/ Mythili Raman*
Mythili Raman
Principal Deputy Assistant Attorney General

Case 1:09-mc-00198-EGS   Document 21   Filed 02/01/10   Page 2 of 2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this _1st_ day of _February_ 2010, I caused to be served by electronic mail a copy of the foregoing filing on the following:

>Henry F. Schuelke, III, Esq.
>Janis, Schuelke & Wechsler, LLP
>1728 Massachusetts Avenue, NW
>Washington, DC 20036
>(202) 861-0600 - telephone
>(202) 861-0924 - facsimile

_/s/ Mythili Raman_
Mythili Raman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 307-3552
mythili.raman2@usdoj.gov